IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH JOHNSON**,<br><br>    Plaintiff,<br><br>*v.*<br><br>**CITY OF PHILADELPHIA**, et al.,<br><br>    Defendants, | **CIVIL ACTION**<br><br>**NO. 19-1591-KSM** |

## ORDER

And now, this 3rd day of June, 2020, upon consideration of the Defendant's Motion for Summary Judgment (Doc. No. 29), the Plaintiff's response brief (Doc. No. 31), and the Defendant's reply brief (Doc. No. 34), and following oral argument on May 21, 2020, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. The Plaintiff's Motion to Exclude Proposed Expert Testimony of John J. McNally (Doc. No. 26) is **DENIED** as **MOOT** in light of the Court's ruling on the motion for summary judgment.

2. The Plaintiff's Motion in Limine (Doc. No. 30) is **DENIED** as **MOOT** in light of the Court's ruling on the motion for summary judgment.

3. The clerk of court shall mark this matter as **CLOSED.**

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.